IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv287

| | |
|---|---|
| TONYA WILSON BAKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WEATHERSFIELD MANAGEMENT, ) | |
| LLC (f/k/a/ AccuForce Staffing Services, ) | |
| LLC) and ACCUFORCE HR ) | |
| SOLUTIONS, LLC ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 4] filed by Rachel Ralston Mancl local counsel for Defendants.

Upon a review of the motion, it appears that Michael S. Lattier is a member in good standing with the Tennessee Bar and he will be appearing with Rachel Ralston Mancl, a member in good standing with the Bar of this Court. Additionally, applicant attorney has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 4]. The Court **ADMITS** Michael S. Lattier to practice *pro hac vice* before the Court while associated with local counsel.

Signed: October 20, 2017

_____
Dennis L. Howell
United States Magistrate Judge