IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cv 287

| | | |
|---|---|---|
| **TONYA WILSON BAKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **WEATHERSFIELD MANAGEMENT,** | ) | |
| **LLC,** *f/k/a* AccuForce Staffing Services, LLC, | ) | |
| and **ACCUFORCE HR SOLUTIONS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Before the Court is Defendants' Motion to Seal [# 15]. Defendants ask the Court to enter an order sealing the "2014 and 2015 Income Statements for AccuForce HR Solutions, LLC." In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The Court finds that no less restrictive means other than sealing is sufficient because a public filing of such materials could reveal protected information. The Court will, however, consider any future request to unseal such materials.

Accordingly, the Court **GRANTS** the Motion [# 15]. Defendants have leave to file the referenced documents under seal.

Signed: July 13, 2018

_____
Dennis L. Howell
United States Magistrate Judge