# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17CV287

| | |
|---|---|
| TONYA WILSON BAKER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     ORDER<br>) |
| WEATHERSFIELD MANAGEMENT, LLC, formerly known as AccuForce Staffing Services, LLC, and ACCUFORCE HR SOLUTIONS, LLC, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court <u>sua sponte</u>. The parties' summary judgment briefs lack proper citation to the record. Any statement that is attributable to the record must be followed by a proper citation to the record. It is not this Court's role to scour the record and briefs looking for the proper cites. Therefore, Defendants' Motion for Summary Judgment (# 16) is DENIED without prejudice to renew. Should Defendants wish to renew, they are DIRECTED to correct their Memorandum in Support (# 17) and re-file. Defendants have fourteen (14) days from the date of this order to re-file their summary judgment motion. The response and reply must also include proper record citations and be filed consistent with this Court's Local Rules. <u>See</u> LCvR 7.1(e).

Signed: August 28, 2018

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge