# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| TONYA WILSON BAKER**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00287-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| WEATHERSFIELD MANAGEMENT, | ) | |
| LLC, formerly known as AccuForce | ) | |
| Staffing Services, LLC, and  ACCUFORCE | ) | |
| HR SOLUTIONS, LLC**,** | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2019 Memorandum and Order.

March 26, 2019

Frank G. Johns, Clerk
United States District Court